JOHN J. SHAEFFER (SBN 138331)
jshaeffer@foxrothschild.com
Meeghan H. Tirtasaputra (SBN 325572)
mtirtasaputra@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:   310-598-4150
Facsimile:    310-556-9828

Attorneys for Plaintiff
STARQUEST VENTURES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STARQUEST VENTURES INC. dba Stelo, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEXCOM, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  2:25-cv-05470-AH-JPR<br>Hon. Anne Hwang<br><br>**DECLARATION OF MEEGHAN H. TIRTASAPUTRA IN SUPPORT OF PLAINTIFF STARQUEST VENTURES INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>[*Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Declarations of Paul Rampel, Jessica Sheridan, and Kimberly B. Gatling; Compendium of Exhibits; Notice of Lodging; and [Proposed] Order*]<br><br>Date:        July 30, 2025<br>Time:       1:30 pm<br>Place:       Courtroom 7D<br><br>Action Filed:     June 16, 2025<br>Trial Date:       None Set |

**DECL OF MEEGHAN H. TIRTASAPUTRA ISO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

# DECLARATION OF MEEGHAN H. TIRTASAPUTRA

I, Meeghan H. Tirtasaputra, state and declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice in the Central District of California. I make this declaration in support of Plaintiff StarQuest Ventures, Inc.'s Motion for Preliminary Injunction in the above-captioned matter. I make this declaration of my own personal knowledge and could and would so testify if called.

2. Attached as Exhibit 3 to the Compendium of Exhibits is a true and correct copy of the 2024 Dexcom Annual Report.

3. Attached as Exhibit 4 to the Compendium of Exhibits is a true and correct copy of the 510(k) Substantial Equivalence Determination Decision Summary.

4. Attached as Exhibit 5 to the Compendium of Exhibits is a true and correct copy of an FDA News Release dated March 5, 2024, FDA Clears First Over-the-Counter Continuous Glucose Monitor.

5. Attached as Exhibit 6 to the Compendium of Exhibits is a true and correct copy of US Trademark Application Serial No. 98274053 (STELO), Application filed on November 16, 2023.

6. Attached as Exhibit 7 to the Compendium of Exhibits is a true and correct copy of a news blogpost by DexCom, Inc. Investors News entitled, "Stelo by Dexcom First Glucose Biosensor Cleared by FDA as Over-the-Counter", dated March 5, 2024.

7. Attached as Exhibit 8 to the Compendium of Exhibits is a true and correct copy of the Stelo User Guide Revised March 2025.

8. Attached as Exhibit 9 to the Compendium of Exhibits is a true and correct copy of a screenshot of the Stelo by Dexcom App on Google Play.

///

9. Attached as Exhibit 10 to the Compendium of Exhibits is a true and correct copy of a screenshot of the homepage of Stelo.com as created by Dexcom.

10. Attached as Exhibit 11 to the Compendium of Exhibits is a true and correct copy of a Time Magazine article entitled "The Best Inventions of 2024," featuring Dexcom's Stelo Monitor.

11. Attached as Exhibit 12 to the Compendium of Exhibits is a true and correct copy of an article from The Verge entitled "This over-the-counter gadget could help the war against diabetes," featuring Dexcom's Stelo Monitor.

12. Attached as Exhibit 13 to the Compendium of Exhibits is a true and correct copy of an article from The Verge entitled "Dexcom's new continuous glucose monitor is a health tech gadget with purpose," featuring Dexcom's Stelo Monitor.

13. Attached as Exhibit 14 to the Compendium of Exhibits is a true and correct copy of an article from the Journal of Multidisciplinary Healthcare, entitled "Continuous Glucose Monitoring: A Transformative Approach to the Detection of Prediabetes," featuring Dexcom's Stelo Monitor.

14. Attached as Exhibit 15 to the Compendium of Exhibits is a true and correct copy of the first ten pages of a Google search of the term "Stelo."

15. Attached as Exhibit 16 to the Compendium of Exhibits is a true and correct copy of Dexcom's Form 10-Q, Quarterly Report Ended March 31, 2025 filed with the United States Securities and Exchange Commission.

16. Attached as Exhibit 17 to the Compendium of Exhibits is a true and correct copy of a powerpoint presentation by Dexcom entitled "Dexcom's Earnings Q1 2025."

///
///
///

**DECL OF MEEGHAN H. TIRTASAPUTRA ISO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

17. Attached as Exhibit 24 to the Compendium of Exhibits is a true and correct copy of Dexcom's Terms of Use at Stelo.com.

18. The USB drive being lodged with the Court contains the voice inquiries and files that were provided to my office by Jessica Sheridan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on June 30, 2025 at Los Angeles, California

*/s/ Meeghan H. Tirtasaputra*
Meeghan H. Tirtasaputra

**DECL OF MEEGHAN H. TIRTASAPUTRA ISO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**